# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COINBASE FINANCIAL MARKETS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>KWAME RAOUL, in his official capacity as Attorney General of Illinois; DIONNE R. HAYDEN in her official capacity as Chairperson of the Illinois Gaming Board; SEAN BRANNON, in his official capacity as Member of the Illinois Gaming Board; STEPHEN R. FERRARA, in his official capacity as Member of the Illinois Gaming Board; CALEB J. MELAMED, in his official capacity as Member of the Illinois Gaming Board, and MARCUS D. FRUCHTER, in his official capacity as Administrator of the Illinois Gaming Board.<br><br>*Defendants*. | No. 1:25-cv-15406<br><br>Hon. Martha M. Pacold<br><br>**ELECTRONICALLY FILED** |

## DECLARATION OF YAIRA DUBIN

I, Yaira Dubin, declare as follows:

1. I am a partner at the law firm Sullivan & Cromwell LLP, counsel to Plaintiff Coinbase Financial Markets, Inc. in the above-captioned action. I submit this declaration in support of Plaintiff's Motion for Preliminary Injunction.

2. Attached hereto as Exhibit A is a true and correct copy of a letter sent by KalshiEX LLC, dated January 22, 2025, notifying the Commodity Futures Trading Commission that it would begin listing sports event contracts on January 23, 2025.

3. Attached hereto as Exhibit B is a true and correct copy of a cease-and-desist letter sent from Marcus D. Fruchter, Administrator of the Illinois Gaming Board, to Tarek Mansour, Chief Executive Officer of KalshiEX LLC and Eliezer Mishory, Chief Regulatory Officer and General

Counsel of KalshiEX LLC, dated April 1, 2025, with the subject line "Suspected Illegal Sports Wagering by KalshiEX LLC."

4. Attached hereto as Exhibit C is a true and correct copy of a cease-and-desist letter sent from Marcus D. Fruchter, Administrator of the Illinois Gaming Board, to Vlad Tenev, Chief Executive Officer of Robinhood, dated April 1, 2025, with the subject line "Suspected Illegal Sports Wagering by Robinhood."

5. Attached hereto as Exhibit D is a true and correct copy of a cease-and-desist letter sent from Marcus D. Fruchter, Administrator of the Illinois Gaming Board, to Kris Marszalek, Chief Executive Officer of Crypto.com, and Eric Anziani, President and Chief Operating Officer of Crypto.com, dated April 1, 2025, with the subject line "Suspected Illegal Sports Wagering by Crypto."

6. Attached hereto as Exhibit E is a true and correct copy of a letter sent from Marcus D. Fruchter, Administrator of the Illinois Gaming Board, to the Commissioners of the Commodity Futures Trading Commission, dated April 23, 2025, with the subject line "Sports Event Contracts and Predictions Markets."

7. Attached hereto as Exhibit F is a true and correct copy of a public memorandum issued by the Illinois Gaming Board, dated October 23, 2025, with the subject line "Prediction Markets."

-3-

8. Attached hereto as Exhibit G is a true and correct copy of a letter from Christopher J. Kirkpatrick, Secretary of the Commodity Futures Trading Commission, approving KalshiEX LLC's application for designation as a contract market on November 3, 2020.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 18, 2025
New York, NY

                                              */s/ Yaira Dubin*
                                              Yaira Dubin