UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Coinbase Financial Markets, Inc.
                               Plaintiff,

v.                                                               Case No.: 1:25−cv−15406
                                                                                  Honorable Martha M. Pacold

Kwame Raoul, et al.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 30, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: The court has received the parties' joint status report, [30], and adopts the parties' proposed briefing schedule on plaintiff's motion for preliminary injunction, [27]. Defendants' response due by 1/23/2026. Plaintiff's reply brief due by 2/13/2026. By 1/13/2026, the parties should file a joint status report with proposed days / times for oral argument and proposed time limits for the argument. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.