UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COINBASE FINANCIAL MARKETS, INC., *Plaintiff*, v. KWAME RAOUL, in his official capacity as Attorney General of Illinois; DIONNE R. HAYDEN, in her official capacity as Chairperson of the Illinois Gaming Board; SEAN BRANNON, in his official capacity as Member of the Illinois Gaming Board; STEPHEN R. FERRARA, in his official capacity as Member of the Illinois Gaming Board; CALEB J. MELAMED, in his official capacity as Member of the Illinois Gaming Board; and MARCUS D. FRUCHTER, in his official capacity as Administrator of the Illinois Gaming Board, *Defendants*. | No. 1:25-cv-15406<br><br>Hon. Martha M. Pacold<br><br>**ELECTRONICALLY FILED** |

**JOINT STATUS REPORT PURSUANT TO
THE COURT'S ORDER DATED DECEMBER 30, 2025**

The parties respectfully submit this joint status report (i) addressing the Court's request that the parties propose dates for oral argument on Plaintiff's pending Motion for Preliminary Injunction and proposed time limits for the argument (Dkt. 31), (ii) proposing page limits for the remaining briefing on Plaintiff's Motion, and (iii) requesting that Defendants' obligation to answer or otherwise respond to the Complaint under Rule 12 of the Federal Rules of Civil Procedure be held in abeyance pending the Court's disposition of Plaintiff's Motion.

*Oral Argument on Plaintiff's Motion.* The parties have conferred and are available for oral argument at any time on the following dates:

    1.      Monday, February 23, 2026

    2.      Tuesday, February 24, 2026

    3.      Wednesday, February 25, 2026

    4.      Thursday, February 26, 2026

    5.      Friday, February 27, 2026

    6.      Monday, March 2, 2026

    7.      Wednesday, March 4, 2026

    8.      Thursday, March 5, 2026

    9.      Friday, March 6, 2026

The parties further propose that each side be allotted 45 minutes for the argument.

*Page Limits for the Remaining Briefing on Plaintiff's Motion.* The Court previously granted Plaintiff's request to file a 30-page opening brief in support of its Motion for Preliminary Injunction. (Dkt. 26.) In making that request, Plaintiff consented to an equal page extension for Defendants. (Dkt. 11 at 4.) Accordingly, the parties request that the Court order that Defendants likewise be allowed 30 pages for their opposition brief, and that Plaintiff be allowed 15 pages for its reply brief.

*Defendants' Obligation to Respond to the Complaint.* Defendants respectfully request that their deadline to answer or otherwise respond to the Complaint, which is currently January 9, 2026, be extended until 14 days after the Court rules on Plaintiff's Motion for Preliminary Injunction. This is Defendants' first request for an extension. Plaintiff consents to Defendants' request. Accordingly, Defendants request that the Court order that their response to the Complaint shall be due 14 days after the Court rules on Plaintiff's Motion for Preliminary Injunction.

| | |
|---|---|
| Dated: January 9, 2026 | Respectfully Submitted, |
| By: /s/ Darren Kinkead<br>**OFFICE OF THE ILLINOIS ATTORNEY GENERAL**<br>R. Douglas Rees<br>Darren Kinkead<br>115 South LaSalle Street<br>Chicago, IL 60603<br>Tel: (312) 814-3000<br>Richard.Rees@ilag.gov<br>Darren.Kinkead@ilag.gov<br><br>*Counsel for Defendants* | By: /s/ George D. Sax<br>**SCHARF BANKS MARMOR LLC**<br>George D. Sax<br>30 West Hubbard Street, Suite 500<br>Chicago, IL 60654<br>Tel: (312) 726-6000<br>gsax@scharfbanks.com<br><br>By: /s/ Benjamin R. Walker<br>**SULLIVAN & CROMWELL LLP**<br>Benjamin R. Walker<br>Yaira Dubin<br>Akash M. Toprani<br>125 Broad Street<br>New York, NY 10004<br>Tel: (212) 558-4000<br>walkerb@sullcrom.com<br>dubiny@sullcrom.com<br>toprania@sullcrom.com<br><br>Jeffrey B. Wall<br>James M. McDonald<br>Rishabh Bhandari<br>1700 New York Avenue, N.W.<br>Washington, D.C., 20006<br>Tel: (202) 956-7500<br>wallj@sullcrom.com<br>mcdonaldj@sullcrom.com<br>bhandarir@sullcrom.com<br><br>*Counsel for Plaintiff* |