## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Coinbase Financial Markets, Inc.
                                        Plaintiff,

v.                                                         Case No.: 1:25−cv−15406
                                                           Honorable Martha M. Pacold

Kwame Raoul, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 13, 2026:

      MINUTE entry before the Honorable Martha M. Pacold: The court has received the parties' status report, [34]. As agreed, defendants' deadline to answer or otherwise respond to the complaint is extended until 14 days after the court rules on plaintiff's motion for preliminary injunction. The previously entered briefing schedule, [31], on plaintiff's motion for preliminary injunction stands. Defendants' response brief should not exceed 30 pages; plaintiff's reply brief should not exceed 15 pages. Oral argument on plaintiff's motion for preliminary injunction, [27], is set for 2/24/2026 at 10:00 a.m. in Courtroom 2325. Each side will have 45 minutes to argue, including any time reserved for rebuttal. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.