**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Coinbase Financial Markets, Inc.

                                        Plaintiff,

v.                                                      Case No.: 1:25−cv−15406
                                                        Honorable Martha M. Pacold

Kwame Raoul, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 2, 2026:

        MINUTE entry before the Honorable Martha M. Pacold: On review of the joint status report [64] indicating that no party in either *Coinbase Financial Markets, Inc. v. Raoul*, No. 25 C 15406, or *United States v. Illinois*, No. 26 C 3659, opposes defendants' motion to reassign related case, [62], the motion [62] is granted. United States v. Illinois, No. 26 C 3659, will be reassigned to this court's calendar. Parties should file by 6/9/26 a joint status report including (1) their views on whether, once No. 26 C 3659 is reassigned, (a) all filings should occur on this docket (No. 25 C 15406) (and docket No. 26 C 3659 should be closed) or (b) separate filings should occur on each docket, (2) a proposed schedule, (3) any request for a status hearing, and (4) any other matters the parties wish to bring to the court's attention. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.